Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JANET M. FOWLER,<br><br>        Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | Civil No. CV 04-6224-RE<br><br>**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $5215.73 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of ___August 11___, 2005

_____
U.S. District Judge

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER